UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 17-24190-RAM
CHAPTER 13

Arline McBride,

    Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487**

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Bouavone Amphone
    Bouavone Amphone, Esquire
    Email: bamphone@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 22, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LEGAL SERVICES OF GREATER MIAMI, INC.
4343 WEST FLAGLER STREET #100
MIAMI, FL 33134

ARLINE MCBRIDE
1501 MIAMI GARDENS DRIVE APT 138
MIAMI, FL 33179

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL 33027

U.S. TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Bouavone Amphone
Bouavone Amphone, Esquire
Email: bamphone@rasflaw.com