**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Oscar Hernandez,                                    Case No.18-11730-LMI
                                                              Chapter 13

_____ Debtor(s)./

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 2, 2018 a true and correct copy of Suggestion of Death [DE 44], was transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Bouavone Amphone on behalf of Creditor Ditech Financial LLC.
Bouavone.amphone@gmail.com, jplean@rasflaw.com

and by US Mail to:

DITECH FINANCIAL LLC
P.O. Box 6154
Rapid City, SD 57709-6154

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
c/o Bouavone Amphone. Esq.
6409 Congress Avenue, Ste. 100
Boca Raton, FL 33487

      Respectfully submitted,

      LEGAL SERVICES OF GREATER
      MIAMI, INC.

      By    /s/ Carolina A. Lombardi
         Carolina A. Lombardi
         Florida Bar No. 241970
         Attorney for Debtor
         4343 West Flagler Street, Suite #100
         Miami, FL 33134
         Phone and Fax: (305) 438-2427
         Email: CLombardi@legalservicesmiami.org