UNITED WSTATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Arline McBride                                    Case No:   17-24190
                                                          Chapter 13

_____Debtor_____/

## MOTION TO WITHDRAW

Pursuant to Local Rule 2091-1, Carolina A. Lombardi and Legal Services of Greater Miami, Inc. move to withdraw as counsel in this Chapter 13 case and state:

1. The debtor died on May 14, 2018, and counsel filed a Suggestion of Death for debtor Arline McBride. (DE 44)

2. This Chapter 13 case was filed because Debtor's condominium was in foreclosure.

3. Debtor's confirmed Plan is paying only ongoing regular payments since an Order on Motion to Value was entered on February 15, 2018. (DE30)

4. The condominium was debtor Arline McBride's homestead.

5. On her death, the condominium descended to a remainderman, who, on information and belief, is debtor's adult daughter.

6. On information and belief the condominium is occupied by the daughter who has continued with Plan payments.

8. Counsel moves that she and Legal Services of Greater Miami be allowed ith withdraw as counsel.

Dated August 20, 2018.

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

By   /s/ Carolina A. Lombardi
    Carolina A. Lombardi
    Florida Bar No.  241970
    Attorney for Debtor
    4343 West Flagler Street, Suite #100
    Miami, FL 33134
    Phone and Facsimile: (305) 438-2427
    Email: CLombardi@legalservicesmiami.org
    Alt: SFreire@legalservicesmiami.org