**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Arline McBride,                    Case No.17-24190-RAM
                                            Chapter 13

_____ Debtor(s)./

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of Debtor's Motion to Withdraw [DE 48] and Notice of Hearing [DE 49], were transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Bouavone Amphone on behalf of Creditor Ditech Financial LLC.
Bouavone.amphone@gmail.com, jplean@rasflaw.com

**and by US Mail on August 21, 2018 to:**

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

TD Bank N.A.
70 Gray Road
Falmouth, ME 04105

Third Moorings Condominium, Inc.
Shendell & Associates, PA
Larry Shendell, Esq.
635 SE 10th St., S-635A
Deerfield Beach, FL 33441

Wells Fargo N.A., Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438

Estate of Arline McBride
1501 Miami Gardens Drive, Apt. 138
Miami, FL 33179

Case No.17-24190-RAM
Page 2
_____/

Synchrony Bank
c/o PRA Receivables Management, LLC.
P.O. Box 41021
Norfolk, VA 23541

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: August 21, 2018

        Respectfully submitted,

        LEGAL SERVICES OF GREATER
        MIAMI, INC.

        By: _____/s/_____
        Carolina A. Lombardi, Esq.
        Florida Bar No. 0241970
        Attorney for Debtor
        4343 W. Flagler St., Suite #100
        Miami, Florida  33134
        Telephone/Facsimile: (305) 438-2427
        Primary Email:Clombardi@legalservicesmiami.org
        Alt.Email: sfreire@legalservicesmiami.org